Monica Mitchell
1683 Tamarron Drive
Corona, CA 92883
Tel. 951-316-3298
Fax 951-639-3793
Email: monica_graham@rocketmail.com

Plaintiff in Pro per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ED CV 12 - 02084 PASPX

| | |
|---|---|
| MONICA MITCHELL, an individual, | CASE NO. |
| Plaintiff, | COMPLAINT AND DEMAND FOR TRIAL BY JURY |
| vs. | |
| WESTERN DENTAL SERVICES, INC. and Does 1-10, inclusive, | |
| Defendants. | |

The Plaintiff, Monica Mitchell, hereby complains against the

Defendant, WESTERN DENTAL SERVICES, INC. alleges and states

her claim as follows:

///

///

1

## PRELIMINARY STATEMENT

2

1.  This is an action for actual and statutory damages for violations

3

4

of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15

5

U.S.C. §1692 et seq. and the Telephone Consumer Protection Act, Sec.

6

227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii) (hereafter the "TCPA").

7

8

## PARTIES

9

2.  Plaintiff, Monica Mitchell ("Plaintiff" or "Mitchell") is a natural

10

11

person and at all times a resident of the state of California and the

12

County of Riverside, and a "consumer" as that term is defined by 15

13

U.S.C. §1692a(3).

14

15

3.  Defendant Western Dental Services, Inc. ("Western Dental") is a

16

"creditor" as that term is defined by 15 U.S.C. §1692a(4) and a "debt

17

18

collector" as that term is defined by 15 U.S.C. §1692a(6) and sought to

19

collect a consumer debt from Plaintiff.

20

4.  Defendant acted through its agents, employees, officers,

21

22

members, directors, heirs, successors, assigns, principals, trustees,

23

sureties, subrogees, representatives, and insurers.

24

## JURISDICTION AND VENUE

25

26

5.  Jurisdiction of this Court arises pursuant to 15 U.S.C. §1692k,

27

which states that such actions may be brought and heard before "any

28

-2-

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

1   appropriate United States district court without regard to the amount

2   in controversy," under 47 U.S.C. §227(b)(3), and 28 U.S.C. §1331 grants

3
4   this court original jurisdiction of all civil actions arising under the laws

5   of the United States.

6   6.    Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this
7
8   District is proper in that the Plaintiff resides here, the Defendant

9   transacts business here, and the conduct complained of occurred here.

10  7.    Declaratory relief is available pursuant to 28 U.S.C. §§2201 and
11
12  2202.

13  8.    This is an action for damages which exceed $75,000.00.
14
15                        FACTUAL ALLEGATIONS

16  9.    At all pertinent times hereto, Defendant Western Dental was
17
18  attempting to collect a consumer debt from Plaintiff.

19  10.   The alleged debt at issue arose out of transactions, which were

20  primarily for personal, family, or household purposes and is therefore a
21
22  "debt" as that term is defined by 15 U.S.C. §1692a(5).

23  11.   Beginning in or before September 28, 2012, Defendant Western
24
25  Dental constantly and continuously placed collection calls to Plaintiff

26  seeking and demanding payment for an alleged debt owed, notably,

27  automated telephone calls as defined by the TCPA.
28

12.     On September 28, 2012, Plaintiff faxed a Cease and Desist Letter to Defendant Western Dental demanding that all telephone calls to Plaintiff shall cease immediately, specifically that Defendant could not call the number 951-316-3298. *See* Exhibit "1".

13.     On October 3, 2012 at approximately 1:34 p.m., Defendant Western Dental placed an automated telephone call to Plaintiff's cellular phone, the first in violation of Plaintiff's cease and desist letter.

14.     On October 4, 2012, at approximately 2:04 p.m., Defendant Western Dental placed an automated telephone call to Plaintiff's cellular phone, the second in violation of Plaintiff's cease and desist letter.

15.     Then, on October 6, 2012 at approximately 11:43 a.m., Defendant Western Dental placed a third and fourth automated telephone call to Plaintiff's cellular phone.

16.     On October 7, 2012 at 4:33 p.m. and again at 7:22 p.m., Defendant placed a fifth and sixth automated telephone call to Plaintiff's cellular phone.

17.     On October 9, 2012 at 12:32 p.m., Defendant placed a seventh automated telephone call to Plaintiff's cellular phone.

18.     On October 10, 2012, Plaintiff caused to fax and mail a Notice of

COMPLAINT AND DEMAND FOR TRIAL BY JURY

1  Intent to File Lawsuit to Defendant. See Exhibit "2" attached hereto

2  and incorporated herein by this reference.

3
4  19.    On October 24, 2012 at 1:23 p.m., Defendant Western Dental

5  placed an eighth automated telephone call to Plaintiff's cellular phone.

6  20.    On October 25, 2012 at 12:24 p.m., 6:47 p.m. and 7:25 p.m.,
7
8  Defendant placed a ninth, tenth and eleventh automated telephone call

9  to Plaintiff's cellular phone.

10
11  21.    On October 26, 2012 at 9:17 a.m. and 10:14 a.m., Defendant

12  Western Dental placed a twelfth and thirteenth automated telephone

13  call to Plaintiff's cellular phone.
14
15  22.    From October 27, 2012 to present date, Defendant Western

16  Dental placed at least six additional automated telephone calls to

17  Plaintiff's cellular phone.
18
19  23.    In all of the phone calls to Plaintiff, the automated system

20  announces "Hello, this is a call for Monica Mitchell. This is
21
22  [Representative's Name] calling from Western Dental. Please hold for

23  an important call. All calls are monitored and recorded for quality

24  control purposes. This is an attempt to collect a debt."
25
26  24.    Defendant Western Dental placed constant collection calls to

27  Plaintiff from telephone numbers: 877-703-4109, 877-703-4110 and
28

866-620-8390.

25.    Defendant Western Dental's sole purpose in contacting Plaintiff several times a day and/or once every two, three, four or five days, was to harass Plaintiff.

26.    From October 2, 2012 through October 26, 2012, Defendant Western Dental violated the TCPA by leaving XX recorded messages using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs cell phone.

27.    From October 2, 2012 through November 27, 2012, Defendant Western Dental violated the TCPA by calling Plaintiff's cell phone 19 times without permission or authority given by Plaintiff.

28.    From October 2, 2012 through November 27, 2012, Defendant Western Dental violated the TCPA by leaving recorded messages on Plaintiff's cell phone without express permission.

29.    Through this conduct, Defendant Western Dental engaged in conduct the natural consequence of which was to harass, oppress, or abuse a person in connection with the collection of a debt. Consequently, Defendant Western Dental violated 15 U.S.C. §1692d.

30.    Through this conduct, Defendant Western Dental used an unfair or unconscionable means to collect or attempt to collect a debt.

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

Consequently, Defendant Western Dental violated 15 U.S.C. §1692f.

31.    Through this conduct, Defendant Western Dental caused Plaintiff emotional stress and duress.

## FIRST CLAIM FOR RELIEF

### VIOLATION OF FDCPA 15 U.S.C. §1692d

### BY DEFENDANT WESTERN DENTAL SERVICES, INC.

32.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

33.    The foregoing acts and omissions constitute numerous and multiple violations of the FDCPA, inclusive 15 U.S.C. §1692d.

34.    As a result of each and every violation of 15 U.S.C. §1692d, Plaintiff is entitled to statutory damages in an amount up to $1,000.00 from each and every defendant, jointly and severally.

## SECOND CLAIM FOR RELIEF

### VIOLATION OF THE FDCPA 15 U.S.C. §1692f

### BY DEFENDANT WESTERN DENTAL SERVICES, INC.

35.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

36.    The foregoing acts and omissions constitute numerous and multiple violations of the FDCPA, inclusive 15 U.S.C. §1692f.

COMPLAINT AND DEMAND FOR TRIAL BY JURY

37.   As a result of each and every violation of 15 U.S.C. §1692f,

Plaintiff is entitled to statutory damages in an amount up to $1,000.00

from each and every defendant, jointly and severally.

## THIRD CLAIM FOR RELIEF

## VIOLATIONS OF THE TELEPHONE

## COMMUNICATIONS ACT 47 U.S.C. §227

## BY DEFENDANT WESTERN DENTAL SERVICES, INC.

38.   Plaintiff incorporates by reference all of the above paragraphs of

this Complaint as though fully stated herein.

39.   Defendant Western Dental has demonstrated willful or knowing

non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic

telephone dialing system to call the Plaintiff's number, which is

assigned to a cellular telephone service.

40.   Defendant Western Dental has committed 19 separate violations

of 47 U.S.C. §227(b)(1)(A) and Plaintiff is entitled to damages of $1500

per violation pursuant to 47 U.S.C. §227(b)(3)(B).

41.   Defendant Western Dental has demonstrated willful or knowing

non-compliance with 47 U.S.C. §227(b)(1)(A) The last 19 calls are

subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as they were

intentional.  Plaintiff spoke with Defendant Western Dental's

representatives twice after sending a cease communication letter and twice after receiving the Notice of Intent to Sue Letter and blatantly ignored federal and state laws by continuing the harassing calls to Plaintiff. Since then Defendant Western Dental refuses and continues to violate 47 U.S.C. An unintentional call carries a damage amount of $500; an intentional call carries a damage amount of $1,500 per violation.

42. Defendant Western Dental has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given Defendant Western Dental permission to call Plaintiffs cell phone as of September 28, 2012. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

43. Defendant Western Dental has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by continuing to call Plaintiff 19 times after receiving the cease communication letter in violation of 47 U.S.C. §227.

WHEREFORE, Plaintiff demands judgment for damages against Defendant Western Dental for actual or statutory damages, and punitive damages, and costs.

COMPLAINT AND DEMAND FOR TRIAL BY JURY

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment be entered against Defendant, and Plaintiff be awarded damages from Defendant, as follows:

a.  An award of actual damages pursuant to 15 U.S.C. §1692k(a)(1);

b.  An award of statutory damages of $1,000.00 as to each and every violation of 15 U.S.C. §§1692d, and f as to each defendant;

c. Declaratory judgment that Defendant Western Dental Services, Inc. violated the FDCPA and TCPA;

d. Statutory damages pursuant to the TCPA, $1,500.00 to Plaintiff, for each violation;

e. Costs and reasonable attorneys' fees, if and when applicable, pursuant to 15 U.S.C. §1692k(a)(3);

f.  Any other relief that this Honorable Court deems appropriate.

Respectfully submitted this 27th day of November, 2012.


Monica Mitchell, Plaintiff in Pro Per

///

///

///

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

1
2

## DEMAND FOR TRIAL BY JURY

3   PLEASE TAKE NOTICE that Plaintiff demands a trial by jury in
4   this case.

5

6   Monica Mitchell, Plaintiff in Pro Per

7

8   ## VERIFICATION

9   I, Monica Mitchell, am the Plaintiff in the above-entitled action.  I

10  have read the foregoing Complaint and know the contents thereof. The

11
12  same is true of my own knowledge, except as to those matters which

13  are therein alleged on information and belief, and as to those matters, I

14
15  believe it to be true.  I declare under penalty of perjury under the laws

16  of the United States of America that the foregoing is true and correct

17  and that this declaration was executed this 27th day of November,

18
19  2012, in Corona, California.

20

21  Monica Mitchell

22
23
24
25
26
27
28

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

# PLAINTIFF'S EXHIBITS

Cease and Desist Letter                    1

Notice of Intent to File Lawsuit           2

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

Monica Mitchell

1683 Tamarron Drive

Corona, CA  92883

September 28, 2012

Western Dental
Via Facsimile Transmittal 714/571-3570

Re:  Account of Monica Mitchell

To whom it may concern:

Pursuant to my rights under federal debt collection laws, I am requesting that you cease and desist communication with me, as well as my family and friends, in relation to this and all other alleged debts you claim I owe.  I repeat, you do not have permission to call my cell phone @ 951-316-3298.

You are hereby notified that if you do not comply with this request, I will immediately file a complaint with the Federal Trade Commission and the California Attorney General's office.

Civil and criminal claims will be pursued.

Sincerely,

Monica Mitchell

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 2

COMPLAINT AND DEMAND FOR TRIAL BY JURY

Monica Mitchell-Graham
Erwin Graham
1683 Tamarron Drive
Corona, CA 92883

October 10, 2012

<u>Via Facsimile Transmittal 714/571-3570 and U.S. Mail</u>
Western Dental Services, Inc.
P.O. Box 14228
Orange, CA 92863-1228

**Notice of Intent to File Lawsuit**

Re: Account #10-049472

To Whom It May Concern:

Please be advised that this letter shall serve as formal notice of our intent to file a lawsuit against your company, due to your negligence and blatant and objectionable disregard of the law, for extensive damages for violating, including, but not limited to, the Telephone Collection Practices Act ("TCPA") and the Fair Debt Collection Practices Act ("FDCPA").

If you wish to resolve this matter, this will be your last opportunity to do so. In the meantime, the amount of $1500.00 per violation shall continue to accrue with each additional violation by your company. Western Dental has no later than 2:00 p.m. PST Monday, October 15, 2012 to resolve this matter, and you may only make contact by email: monica_graham@rocketmail.com. We hereby put you on notice that Western Dental's failure to do so may result in WESTERN DENTAL SERVICES, INC. to be named in a lawsuit for full civil liability.

Submitted with All Rights Reserved,

*Monica Graham*

Monica Mitchell-Graham

*S. H*

Erwin Graham

1

## PROOF OF SERVICE BY MAIL

2

STATE OF CALIFORNIA )

3

COUNTY OF RIVERSIDE )

4

I, J. Davis, declare as follows:

5

6

I am employed in Riverside County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is

7

200 Main Street #100, Corona, CA 92882.

8

On October 10, 2012, I served the following:

9

10

## NOTICE OF INTENT TO FILE LAWSUIT

11

On interested parties in said action by United States Mail, postage

12

prepaid, addressed as follows:

13

Western Dental Services, Inc.

14

P.O. Box 14228

15

Orange, CA 92863-1228

16

I personally deposited with the U.S. Postal Service on that same

17

day with postage thereon fully prepaid at Corona, California, in the ordinary course of business. I am not a registered California process

18

server.

19

I declare under penalty of perjury under the laws of the State of

20

California that the foregoing is true and correct.

21

Executed on October 10, 2012, at Corona, California

22

23

By: _____

24

25

26

27

28

**PROOF OF SERVICE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Sheri Pym.

The case number on all documents filed with the Court should read as follows:

### EDCV12- 2084 PA (SPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) <br> MONICA MITCHELL | DEFENDANTS <br> WESTERN DENTAL SERVICES, INC. |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> MONICA MITCHELL IN PRO PER (951) 316-3298 <br> 1683 TAMARRON DRIVE <br> CORONA, CA  92883 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No      ☐ **MONEY DEMANDED IN COMPLAINT: $** 75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692D, F, TCPA

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

ED CV 12 - 02084 PA SPx

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　☐ D.  Involve the same patent, trademark or copyright, **and** one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
　☐　Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
　☐　Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　　**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_　Date  11-27-12

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

Name & Address:
Monica Mitchell
1683 Tamarron Dr.
Corona, CA  92883
951-316-3298
monica_graham@rocketmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MONICA MITCHELL, an individual

PLAINTIFF(S)

v.

WESTERN DENTAL SERVICES, INC. and Does 1 through 10, inclusive

DEFENDANT(S).

CASE NUMBER

ED 12 - 02084 PA SPx

**SUMMONS**

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __20__ 21 (m) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Monica Mitchell in Pro Per_____, whose address is _1683 Tamarron Drive, Corona, CA  92883_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

MARGO MEAD

Dated:  NOV  2 8 2012     By: _____

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

(1134)