Wyeth E. Burrows (State Bar No. 203851)
Wburrows@wshblaw.com
Andrea N. Jones (State Bar No. 279791)
ajones@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
San Diego, California 92101
Phone: (619) 849-4900 ♦ Fax: (619) 849-4950

Attorneys for Defendant, WESTERN DENTAL SERVICES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MONICA MITCHELL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DENTAL SERVICES, INC. and Does 1-10, inclusive, <br><br> Defendants. | CASE NO. 5:12-cv-02084-FMO-SP <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint Filed: 11/28/2012 <br><br> [Assigned for All Purposes to Judge Fernando M. Olguin] <br><br> Discovery Cutoff: None Set <br> Motion Cutoff: None Set <br> Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Local Rule 16-15.7 and the instruction of the Court, Defendant WESTERN DENTAL SERVICES, INC. hereby submits this Notice of Settlement to notify the Court that Plaintiff MONICA MITCHELL and Defendant WESTERN DENTAL SERVICES, INC. have reached an oral agreement to settle this matter. The parties anticipate a signed settlement and joint Notice of Dismissal with prejudice to be filed with the Court within 21 days.

///

///

1  As such, Defendant WESTERN DENTAL SERVICES, INC., requests
2  the Court vacate the trial and related dates.

3  DATED: May 14, 2013          WOOD, SMITH, HENNING & BERMAN LLP

By: _____
WYETH E. BURROWS
ANDREA N. JONES
Attorneys for Defendant, WESTERN DENTAL SERVICES, INC.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 849-4900 ♦ FAX (619) 849-4950

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

*Mitchell v. Western Dental Services, Inc.*
Case No. 5:12-cv-02084-FMO-SP
EDCV12-02084 PA (SPx)

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 501 West Broadway, Suite 1200, San Diego, California 92101.

On May 14, 2013, I served the following document(s) described as

**NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

Monica Mitchell
1683 Tamarron Drive
Corona CA 92883
Tel: (951) 316-3298/Fax: (951) 639-3793
**PLAINTIFF IN *PRO PER***

**BY MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at San Diego, California, on that same day following ordinary business practices.

**BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the document(s) to be sent to the persons at the electronic notification address listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 14, 2013, at San Diego, California.

*/s/ Nancy Burgess*
Nancy Burgess

LEGAL:10218-0002/2639127.1

-1-
NOTICE OF SETTLEMENT