Monica Mitchell
1683 Tamarron Drive
Corona, CA 92883
Tel. 951-316-3298
Fax 951-639-3793
Email:Monica_Graham@rocketmail.com



FILED
CLERK, U.S. DISTRICT COURT

MAY 29 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MONICA MITCHELL, an individual | CASE NUMBER |
|---|---|
| Plaintiff(s), | 5:12-cv-02084-FMO-SP |
| v. | |
| WESTERN DENTAL SERVICES, INC., and DOES 1-10 inclusive | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety. **WITH PREJUDICE.** *[signature]*

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

5-24-13
Date

*[signature]*
Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

---

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
COUNTY OF RIVERSIDE   )

I, J. Davis, declare as follows:

I am employed in Riverside County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is 200 S. Main St #100, Corona, CA 92882.

On May 24, 2013, I served the following:

## NOTICE OF DISMISSAL

On interested parties in said action by United States Mail, postage prepaid, addressed as follows:

WOOD, SMITH, HENNING & BERMAN LLP
501 West Broadway Suite 1200
San Diego, CA 92101

I personally deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Corona, California, in the ordinary course of business. I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 24, 2013, at Corona, California

By: *[signature]*

---

- 1 -
NOTICE OF DISMISSAL

1683 Tamarm Dr
Corona, CA 92883

FMO

U.S. District Court
Attn: Clerk
312 N. Spring St. # G-8
Los Angeles, CA 90012

CLERK U.S. RECEIVED DISTRICT COURT
MAY 29 2013

SANTA ANA CA 926
24 MAY 2013 PM 7 L

